IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America et al, | ) | |
| Plaintiffs, | ) | Case No: 10 cv 50067 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Alacran Contracting, LLC et al, | ) | |
| Defendants. | ) | |

## ORDER

     Motion hearings held on 10/21/2014 in cases 3:10-cv-50067 and 3:11-cv-50126. The motions to enforce filed in 3:10-cv-50067 by Plaintiff Sunlee Development LLC [87] and in 3:11-cv-50126 by Alliance Mechanical, Inc. [132] are granted in part and entered and continued in part as follows: Defendant Alacran Contracting, LLC to produce the 14 categories of documents detailed on page 5 of the motions by close of business on 10/27/2014. It is the Court's Report and Recommendation that Alacran Contracting be barred from introducing any document in support of any motion, at any hearing, or at trial that was not previously produced by the 10/27/2014 deadline. The deadline for any objection to this Report and Recommendation is 11/7/2014. The status hearing set for 10/23/2014 is stricken with no appearances required on that date. Status and continuation of the hearing on the motion to enforce set for 11/3/2014 at 10:00 AM.

(:10)

Date:  October 21, 2014                                        /s/ Iain D. Johnston