IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The United States of America, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 10 C 50067 |
| | ) | |
| vs. | ) | |
| | ) | |
| Alacran Contracting, LLC, et al., | ) | |
| | ) | Judge Philip G. Reinhard |
| Defendants. | ) | |

### **ORDER**

      On 10/21/2014, Magistrate Judge Johnston entered a report and recommendation in cases 10 C 50067 [89] and 11 C 50126 [134] recommending that Alacran Contracting, LLC be barred from introducing any document in support of any motion, at any hearing, or at trial that was not previously produced by 10/27/2014. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. It is the order of the court that Alacran Contracting, LLC is barred from introducing any document in support of any motion, at any hearing, or at trial that was not previously produced by 10/27/2014.

Date: 11/10/2014          ENTER:

                                                      _____
                                                      United States District Court Judge

                                                                      Electronic Notices. (LC)